IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHANE OVERMAN                                                                               PLAINTIFF

V.                                       NO. 3:05CV00220 JWC

JO ANNE B. BARNHART,                                                                   DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case, with prejudice; the relief sought is denied.

IT IS SO ORDERED this 22nd day of September, 2006.

_____
UNITED STATES MAGISTRATE JUDGE